**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Laquanda Renee Hill |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Southern District of Mississippi |
| Case number | 24-51145-KMS |

Official Form 410S1

# Notice of Mortgage Payment Change 12/15

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

| | | | |
|---|---|---|---|
| **Name of creditor:** | loanDepot.com, LLC | **Court claim no.** (if known): | 18 |
| **Last 4 digits** of any number you use to identify the debtor's account: | 6733 | **Date of payment change:** Must be at least 21 days after date of this notice | 09/01/2025 |
| | | **New total payment:** Principal, interest, and escrow, if any | $1,716.33 |

## Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?
   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law.   Describe the basis for the change. If a statement is not attached, explain why:

   **Current escrow payment:** $ 512.22      **New escrow payment:** $ 527.41

## Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?
   ☒ No
   ☐ Yes.  Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

   **Current interest rate:**                                  **New interest rate:**

   **Current principal and interest payment:** $          **New principal and interest payment:** $

| Debtor 1 | Laquanda Renee Hill | Case number (if known) 24-51145-KMS |
|---|---|---|
| | First Name   Middle Name   Last Name | |

## Part 3: Other Payment Change

**3. Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☒ No

☐ Yes.  Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.  *(Court approval may be required before the payment change can take effect.)*

Reason for change:

**Current mortgage payment:**        $              **New mortgage payment:**        $

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

| | | | |
|---|---|---|---|
| | ✗ /s/ Natalie Brown | Date | 07/01/25 |
| | Signature | | |
| Print: | Natalie Brown | Title | Attorney for Creditor |
| | First Name   Middle Name   Last Name | | |
| Company | Rubin Lublin, LLC | | |
| Address | 3145 Avalon Ridge Place, Suite 100 | | |
| | Number       Street | | |
| | Peachtree Corners, GA 30071 | | |
| | City       State   ZIP Code | | |
| Contact phone | (877) 813-0992 | Email | nbrown@rlselaw.com |

   P.O. Box 3004
Monroe, WI 53566-3804        Date: 05/14/25     Account Number: ▮▮▮▮▮

**Important Document Enclosed**


LAQUANDA R HILL
64 BERWICK
PETAL            MS 39465-4511

# ESCROW ACCOUNT DISCLOSURE SUMMARY
**Analysis Review Period: 09/01/24 - 08/31/25**
Property Address: 64 BERWICK PETAL MS 39465
Next Payment Due: 05/01/25

## IMPORTANT INFORMATION ABOUT YOUR MORTGAGE ESCROW ACCOUNT

Each year, your escrow account is reviewed to ensure the escrow portion of your monthly mortgage payment covers your property taxes and/or insurance premiums due for the coming year. Please take a moment to review your new monthly escrow and mortgage payment details.

**CURRENT MONTHLY PAYMENT**

| Payment Itemization | Current |
|---|---|
| Principal & Interest (P&I) | $1,188.92 |
| Escrow Payment | $512.22 |
| Miscellaneous | $0.00 |
| **Total Monthly Payment** | **$1,701.14** |

**ESCROW REVIEW** (09/01/24 - 08/31/25)

| Escrow Item | Anticipated Disbursement | Change | Actual Disbursement |
|---|---|---|---|
| Insurance | $1,846.00 | $0.00 | $1,846.00E |
| Taxes | $2,326.51 | $182.34 | $2,508.85 |
| Mortgage Insurance | $1,974.12 | $0.00 | $1,974.12E |
| **Total** | **$6,146.63** | | **$6,328.97** |

If your analysis resulted in a shortage and you voluntarily elect to pay the total amount of the shortage in full, detach and mail the coupon at the end of this statement, along with your check or money order.

If your analysis resulted in a surplus over $15, we will mail you a refund check within 30-days of this statement date. If the surplus is less than $15, the surplus will be applied towards the new monthly payment amount.

E This amount indicates that the payment or disbursement has not yet occurred but is estimated to occur as shown.

Please note, your monthly escrow payment amount is subject to change due to an increase or decrease in your taxes and/or insurance premiums, even if you elect to pay the escrow shortage amount in full. Once the shortage payment is received please allow up to 7 business days for the shortage portion of the payment to be removed from the payment collection.

 P.O. Box 3004  Monroe, WI 53566-3804     Call Customer Service at     Visit **loandepot.com** to view account details, escrow disbursements or make payments

**Bankruptcy Notice:** If you are currently protected bankruptcy proceedings or if you have previously received a discharge in bankruptcy of the obligations identified in this communication, this communication is being sent for information and notice purposes only and in accordance with the notice provisions of the subject obligations and as required by applicable law and is not an attempt to collect a debt.

## ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT

As you know, we are required to maintain an escrow account which is used to pay your real estate taxes and/or insurance premiums. This account must be analyzed annually to determine whether enough funds are being collected monthly, and whether the account has a shortage or surplus based on the anticipated activity.

### CURRENT MONTHLY PAYMENT

| Payment Itemization | Amount |
|---|---|
| Principal & Interest (P&I) | $1,188.92 |
| Escrow Payment | $512.22 |
| Miscellaneous | $0.00 |
| **Total Monthly Payment** | **$1,701.14** |

### NEW MONTHLY PAYMENT Beginning 09/01/25

| Payment Itemization | Amount |
|---|---|
| Principal & Interest (P&I) | $1,188.92 |
| Escrow Payment | $527.41 |
| Escrow Shortage | $0.00 |
| **New Monthly Payment** | **$1,716.33** |

Adjustable Rate Mortgage Customers: If your loan has an adjustable interest rate your monthly principal and interest payment may change prior to your Escrow Analysis.

TO THE EXTENT YOUR OBLIGATION HAS BEEN DISCHARGED OR IS SUBJECT TO THE AUTOMATIC STAY IN A BANKRUPTCY PROCEEDING, THIS LOAN STATEMENT IS FOR INFORMATIONAL PURPOSES ONLY AND DOES NOT CONSTITUTE A DEMAND FOR PAYMENT OR AN ATTEMPT TO COLLECT INDEBTEDNESS AS YOUR PERSONAL OBLIGATION.

Should you have any questions about this Escrow analysis, please call our Customer Service Department at (866) 258-6572.

## ANTICIPATED ANNUAL DISBURSEMENTS

These are the escrow items we anticipate we will collect for and pay on your behalf in the upcoming 12-month period. The dollar amount shown may be the last amount actually paid for that item, or may project the next amount due as defined be Federal law. Based on these anticipated disbursements, the amount of your escrow deposit is calculated and displayed here.

| | |
|---|---|
| MORTGAGE INS | $1,974.12 |
| COUNTY TAX | $2,508.85 |
| HAZARD INS | $1,846.00 |
| **Annual Disbursements:** | **$6,328.97** |
| **Monthly Amount:** | **$527.41** |

## ACCOUNT HISTORY

The following statement of activity in your escrow account from September 01, 2024 through August 31, 2025 displays actual activity as it occurred in your escrow account during that period. Your monthly payment was $1,701.14 and $512.22 went into your escrow account. If you received Account Projections with a prior analysis, they are included again here for comparison.

| | PAYMENTS | | DISBURSEMENTS | | | BALANCES | |
|---|---|---|---|---|---|---|---|
| Date | Projected | Actual | Projected | Actual | Description | Projected Balance | Actual Balance |
| | | | | | Beg. Balance: | $1,631.09 | $1,325.41 |
| 09/24 | $512.22 | $512.22 | $164.51 | $0.00* | RBP | $1,978.80 | $1,837.63 |
| 09/24 | $0.00 | $0.00 | $0.00 | $164.51* | RBP | $1,978.80 | $1,673.12 |
| 10/24 | $512.22 | $512.22 | $164.51 | $0.00* | RBP | $2,326.51 | $2,185.34 |
| 10/24 | $0.00 | $0.00 | $0.00 | $164.51* | RBP | $2,326.51 | $2,020.83 |
| 11/24 | $512.22 | $512.22 | $164.51 | $0.00* | RBP | $2,674.22 | $2,533.05 |
| 11/24 | $0.00 | $0.00 | $0.00 | $164.51* | RBP | $2,674.22 | $2,368.54 |
| 12/24 | $512.22 | $512.22 | $164.51 | $0.00* | RBP | $3,021.93 | $2,880.76 |
| 12/24 | $0.00 | $0.00 | $2,326.51 | $2,508.85* | COUNTY TAX P | $695.42 | $371.91 |

 P.O. Box 3004
Monroe, WI 53566-3804

 Call Customer Service at

 Visit **loandepot.com** to view account details, escrow disbursements or make payments

## ACCOUNT HISTORY (CONTINUED)

| Date | PAYMENTS Projected | Actual | DISBURSEMENTS Projected | Actual | Description | BALANCES Projected Balance | Actual Balance |
|---|---|---|---|---|---|---|---|
| 12/24 | $0.00 | $0.00 | $0.00 | $164.51* | RBP | $695.42 | $207.40 |
| 01/25 | $512.22 | $512.22 | $164.51 | $0.00* | RBP | $1,043.13 | $719.62 |
| 01/25 | $0.00 | $0.00 | $0.00 | $164.51* | RBP | $1,043.13 | $555.11 |
| 02/25 | $512.22 | $512.22 | $164.51 | $0.00* | RBP | $1,390.84 | $1,067.33 |
| 02/25 | $0.00 | $0.00 | $0.00 | $164.51* | RBP | $1,390.84 | $902.82 |
| 03/25 | $512.22 | $512.22 | $164.51 | $0.00* | RBP | $1,738.55 | $1,415.04 |
| 03/25 | $0.00 | $0.00 | $0.00 | $164.51* | RBP | $1,738.55 | $1,250.53 |
| 04/25 | $512.22 | $512.22 | $164.51 | $0.00* | RBP | $2,086.26 | $1,762.75 |
| 04/25 | $0.00 | $0.00 | $0.00 | $164.51* | RBP | $2,086.26 | $1,598.24 |
| 05/25 | $512.22 | $512.22E | $164.51 | $0.00*E | RBP | $2,433.97 | $2,110.46 |
| 05/25 | $0.00 | $0.00 | $0.00 | $164.51* | RBP | $2,433.97 | $1,945.95 |
| 06/25 | $512.22 | $512.22E | $164.51 | $164.51E | RBP | $2,781.68 | $2,293.66 |
| 07/25 | $512.22 | $512.22E | $164.51 | $164.51E | RBP | $3,129.39 | $2.641.37 |
| 07/25 | $0.00 | $0.00E | $1,846.00 | $1,846.00E | HAZARD INS | $1,283.39 | $795.37 |
| 08/25 | $512.22 | $512.22E | $164.51 | $164.51E | RBP | $1,631.10 | $1.143.08 |
| TOTALS | $6,146.64 | $6,146.64 | $6,146.63 | $6,328.97 | | | |

\* This amount indicates a difference from projected activity either in the amount or the date.

E This amount indicates that the payment or disbursement has not yet occurred but is estimated to occur as shown.

Last year we anticipated that Disbursements would be made from your Escrow Account during the period equaling $6,146.63. Under federal law, your lowest monthly balance should not have exceeded $695.42, or 1/6th of total anticipated payments from the account, unless your loan contract or state law specifies a lower amount.

Under your loan contract and state law your lowest balance should not have exceeded $695.42.

24-51145-KMS   Dkt 62   Filed 07/01/25   Entered 07/01/25 09:04:16   Page 6 of 7



P.O. Box 3004
Monroe, WI 53566-3804

 Call Customer Service at

 Visit **loandepot.com** to view account details, escrow disbursements or make payments

## ACCOUNT PROJECTIONS

The following estimate of activity in your escrow account from September 2025 through August 2026 is provided for your information. All payments we anticipate receiving as well as disbursements we anticipate making on your behalf are included, along with the Projected Escrow Account Balance, derived by carrying forward your current actual escrow balance. The Required Escrow Account Balance displays the amount actually required to be on hand as specified by federal law, state law and your loan documents, and may include a cushion of up to 1/6th of your Annual Disbursements. Please retain this statement for comparison with the actual activity in your account at the end of the next escrow account computation year.

| | PAYMENTS | DISBURSEMENTS | | BALANCES | |
|---|---|---|---|---|---|
| Date | Projected | Projected | Description | Projected Balance | Required Balance |
| | | | Beg. Balance: | $1,143.08 | $1,783.06 |
| 09/25 | $527.41 | $164.51 | RBP | $1,505.98 | $2,145.96 |
| 10/25 | $527.41 | $164.51 | RBP | $1,868.88 | $2,508.86 |
| 11/25 | $527.41 | $164.51 | RBP | $2,231.78 | $2,871.76 |
| 12/25 | $527.41 | $164.51 | RBP | $2,594.68 | $3,234.66 |
| 12/25 | $0.00 | $2,508.85 | COUNTY TAX P | $85.83 | $725.81 |
| 01/26 | $527.41 | $164.51 | RBP | $448.73 | $1,088.71 |
| 02/26 | $527.41 | $164.51 | RBP | $811.63 | $1,451.61 |
| 03/26 | $527.41 | $164.51 | RBP | $1,174.53 | $1,814.51 |
| 04/26 | $527.41 | $164.51 | RBP | $1,537.43 | $2,177.41 |
| 05/26 | $527.41 | $164.51 | RBP | $1,900.33 | $2,540.31 |
| 06/26 | $527.41 | $164.51 | RBP | $2,263.23 | $2,903.21 |
| 07/26 | $527.41 | $164.51 | RBP | $2,626.13 | $3,266.11 |
| 07/26 | $0.00 | $1,846.00 | HAZARD INS | $780.13 | $1,420.11 |
| 08/26 | $527.41 | $164.51 | RBP | $1,143.03 | $1,783.01 |
| TOTALS | $6,328.92 | $6,328.97 | | | |

**Your Projected Escrow Account Balance as of August 31, 2025 is $1,143.08. Your Required Beginning Escrow Balance according to this analysis should be $1,783.06.**

**This means you have a surplus of $238.73. This surplus must be returned to you unless it is less than $15.00, in which case we have the additional option of keeping it and lowering your monthly payments accordingly. If applicable, the surplus check will be mailed to you separately.**

**Once during this period, your Required Escrow Account Balance should be reduced to $725.81 as shown in December. The amount represents the cushion selected by us as allowed by your loan contract, federal and state law.**

This communication is from a debt collector and is an attempt to collect a debt, any information obtained will be used for that purpose.

Notification of Error, Request for Information, Qualified Written Requests, or Billing Error Notifications (Home Equity Lines of Credit only) concerning your loan must be directed to: **loanDepot.com, LLC P.O. Box 251027 Plano, TX 75025.**

Page 4 of 4

<u>CERTIFICATE OF SERVICE</u>

I, Natalie Brown of Rubin Lublin, LLC certify that I caused a copy of the Notice of Payment Change to be filed in this proceeding by electronic means and to be served by depositing a copy of the same in the United States Mail in a properly addressed envelope with adequate postage thereon to the said parties as follows:

Laquanda Renee Hill
64 BERWICK
PETAL, MS 39465

Thomas Carl Rollins, Jr, Esq.
The Rollins Law Firm, PLLC
PO BOX 13767
Jackson, MS 39236

David Rawlings, Trustee
P.O. Box 566
Hattiesburg, MS 39403

United States Trustee
501 East Court Street
Suite 6-430
Jackson, MS 39201


Executed on <u>07/01/25</u>

By: <u>/s/ Natalie Brown</u>
Natalie Brown
MS State Bar No. 100802
Rubin Lublin, LLC
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, GA 30071
(877) 813-0992
nbrown@rlselaw.com
Attorney for Creditor