United States Bankruptcy Court
Southern District of Mississippi

In re:  Case No. 24-51145-KMS
Laquanda Renee Hill  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6     User: mssbad     Page 1 of 3
Date Rcvd: Sep 04, 2025     Form ID: ntcds13v     Total Noticed: 46

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 06, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Laquanda Renee Hill, 64 Berwick, Petal, MS 39465-4511 |
| 5405889 | + | Click Lease, 221 Main St, Ste 155, San Francisco, CA 94105-1906 |
| 5405892 | + | Hattiesburg Surgery Ce, 139 Fairfield Dr, Hattiesburg, MS 39402-1303 |
| 5405903 | + | Pendrick Capital Partn, P.O. Box 731584, Dallas, TX 75373-1584 |
| 5405905 | + | Radiology Associates, PO Box 2427, Laurel, MS 39442-2427 |
| 5405907 | | Td Retail Card, Ms Bt Pob 9475, Minneapolis, MN 55440 |
| 5422037 | + | oanDepot.com, LLC, Attn: Bankruptcy, 5465 Legacy Drive, Suite 400, Plano, TX 75024-3192 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | Sep 04 2025 23:25:00 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5405885 | | ^ MEBN | Sep 04 2025 19:23:58 | Afterpay, 222 Kearny St #600, San Francisco, CA 94108-4509 |
| 5441317 | + | EDI: MAXMSAIDV | Sep 04 2025 23:25:00 | Aidvantage on behalf of, Dept of Ed Loan Services, PO BOX 300001, Greenville TX 75403-3001 |
| 5423831 | | Email/PDF: bncnotices@becket-lee.com | Sep 04 2025 19:35:55 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5405886 | + | Email/PDF: bncnotices@becket-lee.com | Sep 04 2025 19:35:59 | Amex, Po Box 981540, El Paso, TX 79998-1540 |
| 5405887 | + | EDI: CAPITALONE.COM | Sep 04 2025 23:25:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5405888 | + | EDI: CAPONEAUTO.COM | Sep 04 2025 23:25:00 | Capital One Auto, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2359 |
| 5415566 | + | EDI: AISACG.COM | Sep 04 2025 23:25:00 | Capital One Auto Finance, a division of, Capital One, N.A., AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City OK 73118-7901 |
| 5409284 | + | EDI: AIS.COM | Sep 04 2025 23:25:00 | Capital One, N.A., by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5405890 | + | EDI: PHINGENESIS | Sep 04 2025 23:25:00 | Concora Credit, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 5405893 | | EDI: IRS.COM | Sep 04 2025 23:25:00 | Department of Treasury - Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5408394 | | EDI: DISCOVER | Sep 04 2025 23:25:00 | Discover Bank, PO Box 3025, New Albany, OH |

| District/off: 0538-6 | | User: mssbad | | Page 2 of 3 |
|---|---|---|---|---|
| Date Rcvd: Sep 04, 2025 | | Form ID: ntcds13v | | Total Noticed: 46 |

| Recip ID | Notice Type | Date/Time | Recipient |
|---|---|---|---|
| 5405891 | + EDI: DISCOVER | Sep 04 2025 23:25:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 5417005 | ^ MEBN | Sep 04 2025 19:23:57 | Great American Finance Holdings, LLC, 200 South Michigan Avenue, Suite 450, Chicago, Illinois 60604-2400 |
| 5418327 | + Email/Text: pasi_bankruptcy@chs.net | Sep 04 2025 19:25:00 | HATTIESBURG HB MEDICAL SERVICES LLC C/O PASI, PO BOX 188, BRENTWOOD, TN 37024-0188 |
| 5405894 | + Email/Text: ebone.woods@usdoj.gov | Sep 04 2025 19:26:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5405896 | Email/Text: customerservice.us@klarna.com | Sep 04 2025 19:25:00 | Klarna, PO Box 8116, Columbus, OH 43201 |
| 5405895 | + Email/Text: melissa.martin@kfcu.org | Sep 04 2025 19:26:00 | Keesler Federal Credit Union, P.O. Box 7001, Biloxi, MS 39534-7001 |
| 5407859 | Email/PDF: resurgentbknotifications@resurgent.com | Sep 04 2025 19:35:59 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5405897 | + Email/Text: bknotification@loandepot.com | Sep 04 2025 19:26:00 | LoanDepot, Attn: Bankruptcy, 26642 Towne Center, Foothill Ranch, CA 92610-2808 |
| 5405898 | + Email/PDF: resurgentbknotifications@resurgent.com | Sep 04 2025 19:35:56 | Lvnv Funding, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 5405899 | + Email/Text: bankruptcydpt@mcmcg.com | Sep 04 2025 19:26:00 | MCM, P.O. Box 603, Oaks, PA 19456-0603 |
| 5405900 | + Email/Text: financeadmin@mdg.com | Sep 04 2025 19:25:00 | MDG US/Capital Comm, Attn: Bankruptcy, 3422 Old Capital Trail, Pmb# 1993, Wilmington, DE 19808-6124 |
| 5413359 | + Email/Text: financeadmin@mdg.com | Sep 04 2025 19:25:00 | MDG USA INC, 3422 OLD CAPITOL TRAIL PMB# 1993, WILMINGTON, DE 19808-6124 |
| 5427217 | + Email/Text: bankruptcydpt@mcmcg.com | Sep 04 2025 19:26:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5408754 | + Email/Text: BKNC@rlselaw.com | Sep 04 2025 19:26:00 | Natalie Brown, Esq., Rubin Lublin, LLC, For LoanDepot.com, 3145 Avalon Ridge Place, Suite 100, Peachtree Corners, GA 30071-1570 |
| 5405901 | + EDI: MAXMSAIDV | Sep 04 2025 23:25:00 | Navient, Attn: Bankruptcy, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 5405902 | + EDI: AGFINANCE.COM | Sep 04 2025 23:25:00 | One Main Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 5414041 | EDI: AGFINANCE.COM | Sep 04 2025 23:25:00 | OneMain Financial Group, LLC, OneMain, PO Box 3251, Evansville, IN 47731-3251 |
| 5405904 | + Email/Text: ecfbankruptcy@progleasing.com | Sep 04 2025 19:26:00 | Progressive Leasing, 256 W Data Dr, Draper, UT 84020-2315 |
| 5419157 | EDI: Q3G.COM | Sep 04 2025 23:25:00 | Quantum3 Group LLC as agent for, CASCADE CAPITAL FUNDING LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5431435 | + Email/Text: bankruptcyreports@wakeassoc.com | Sep 04 2025 19:26:00 | SAPIENTES FUNDING II, LLC, c/o Wakefield & Associates LLC, PO Box 58, Fort Morgan CO 80701-0058 |
| 5414854 | + Email/Text: enotifications@santanderconsumerusa.com | Sep 04 2025 19:26:00 | Santander Consumer USA, Inc., d/b/a Chrysler Capital, 1601 Elm St., Suite 800, Dallas, TX 75201-7260 |
| 5405906 | + Email/Text: enotifications@santanderconsumerusa.com | Sep 04 2025 19:26:00 | Santander Consumer Usa, Attn: Bankruptcy, Po Box 961211, Fort Worth, TX 76161-0211 |
| 5413325 | + EDI: CBSTDR | Sep 04 2025 23:25:00 | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |

| District/off: 0538-6 | User: mssbad | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Sep 04, 2025 | Form ID: ntcds13v | Total Noticed: 46 |

| 5405908 | ^ MEBN | | | |
|---|---|---|---|---|
| | | Sep 04 2025 19:24:00 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 | |
| 5429481 | + EDI: AIS.COM | Sep 04 2025 23:25:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 | |
| 5407086 | + Email/Text: FSBank@franklinservice.com | Sep 04 2025 19:25:00 | Womens Pavilion Of South MS, c/o Franklin Service Inc, Po Box 3910, Tupelo, MS 38803-3910 | |
| 5422038 | + Email/Text: bknotification@loandepot.com | Sep 04 2025 19:25:00 | loanDepot.com, LLC, Attn: Bankruptcy, 5465 Legacy Drive, Suite 400, Plano, TX 75024-3192 | |

TOTAL: 39

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | LoanDepot.com, LLC |
| 5423832 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 06, 2025         Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 4, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David Rawlings | ecfnotices@rawlings13.net sduncan@rawlings13.net |
| Natalie Kareda Brown | on behalf of Creditor LoanDepot.com LLC nbrown@rlselaw.com, lcaplan@rlselaw.com;akhosla@rlselaw.com;ruluecf@gmail.com;BKRL@ecf.courtdrive.com |
| Samuel J. Duncan | on behalf of Trustee David Rawlings sduncan@rawlings13.net |
| Thomas Carl Rollins, Jr | on behalf of Debtor Laquanda Renee Hill trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 5

Form ntcds13v (12/23)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

Case No.: 24−51145−KMS
Chapter: 13

In re:
   Laquanda Renee Hill
   64 Berwick
   Petal, MS 39465

Last four digits of Social−Security or Individual Tax−Payer−Identification (ITIN) No(s)., (if any):
   xxx−xx−1106

Employer Tax Identification No(s). (if any):

## Notice of Dismissal

   You are hereby notified that on September 4, 2025, Laquanda Renee Hill (the "Debtor") filed a Motion to Dismiss the above case pursuant to 11 U.S.C. § 1307(b) (the "Motion") (Dkt. # 63). On September 4, 2025, the court entered an *ex parte* order (Dkt. # 64) granting the Debtor's Motion.

   Pursuant to Miss. Bankr. L.R. 1017−1(f)(2)(C) any party in interest may file an objection to the Debtor's Motion within 14 days of entry of the order. Upon consideration of any objection timely filed, the court may, at its discretion, conduct a hearing or rule on the matter without a hearing.

Dated: 9/4/25

Danny L. Miller, Clerk of Court
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790